1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  DORIAN JUNG
   Deputy Attorney General
6  State Bar No. 200116
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1342
8    Facsimile: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TIMOTHY HOBSON,** | C 07-5832 SI (PR) |
| Petitioner, | **NOTICE OF LODGING EXHIBITS WITH COURT** |
| v. | |
| **ROSANNE CAMPBELL, Warden,** | |
| Respondent. | |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities.

| | |
|---|---|
| Exhibit A | Clerk's Transcript on Appeal. |
| Exhibit B | Reporter's Transcript of Trial Proceedings. |
| Exhibit C | Appellant's Opening Brief on Appeal. |
| Exhibit D | Respondent's Brief on Appeal. |
| Exhibit E | Appellant's Reply Brief on Appeal. |
| Exhibit F | Opinion, California Court of Appeal, case number H029519. |
| Exhibit G | Petition for Review, California Supreme Court. |

1  Exhibit H        Order, California Supreme Court, case number S147889.

3  Dated: April 21, 2008

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General of the State of California

                DANE R. GILLETTE
                Chief Assistant Attorney General

                GERALD A. ENGLER
                Senior Assistant Attorney General

                PEGGY S. RUFFRA
                Supervising Deputy Attorney General

                /s/ Dorian Jung
                DORIAN JUNG
                Deputy Attorney General

                Attorneys for Respondent

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Hobson v. Campbell**

No.:   **C 07-5832 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>April 21, 2008</u>, I served the attached

**NOTICE OF LODGING EXHIBITS WITH COURT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Timothy Hobson
F-03140
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 21, 2008, at San Francisco, California.

|  M. Argarin  |  /s/ M. Argarin  |
| :---: | :---: |
| Declarant | Signature |

40243910.wpd