T. HOBSON (F-03140)
MCSP C15-103L
P.O. BOX 409060
IONE, CA 95640



OFFICE of the CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

LEGAL MAIL