UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOBSON, | No. C 07-5832 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROSANNE CAMPBELL, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 11, 2008

SUSAN ILLSTON
United States District Judge