# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 7, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Timothy Hobson
 v. Rosanne Campbell, Warden
 No. 11-6164
 (Your No. 09-17505)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk